IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW ANDREW GARCES, | § § § | |
| *Plaintiff,* | § § | SA-25-CV-00609-OLG |
| vs. | § § | |
| FRED BIERY, IN HIS INDIVIDUAL CAPACITY; JOHN DOE MARSHALS 1-2, INDIVIDUAL CAPACITIES; CHIEF U.S. MARSHAL, OFFICIAL CAPACITY; AND UNITED STATES MARSHALS SERVICE, OFFICIAL CAPACITY; | § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings [#11]. The record reflects that Plaintiff has not paid the filing fee or filed a motion to proceed *in forma pauperis*. To proceed with this lawsuit, Plaintiff must therefore either pay the combined filing and administrative fee of $405 or contact the District Clerk for a copy of this Court's form Application to Proceed in District Court without Prepaying Fees or Costs and file the form with the Court.

Plaintiff currently has over 20 lawsuits pending in the San Antonio Division of the Western District of Texas. The Court reminds Plaintiff that filing repeated frivolous lawsuits could result in the imposition of sanctions, including assessment of monetary fines, or the designation of Plaintiff as a "vexatious litigant," which would prevent Plaintiff from filing any civil lawsuit in this District without first obtaining permission. One judge has already recommended imposing this designation on Plaintiff. *See* 5:25-CV-441-JKP-HJB. The Court

1

also informs Plaintiff that the Court likely lacks subject matter jurisdiction over this case, which attempts to sue a federal district judge in the San Antonio Division and the United States Marshals regarding the removal of Plaintiff from the courthouse. Therefore, if Plaintiff would prefer to dismiss this case, he should file a notice of dismissal instead of filing an IFP application or paying the filing fee.

**IT IS HEREBY ORDERED** that Plaintiff either pay the filing fee, file an application to proceed *in forma pauperis*, or file a notice of dismissal on or before **June 23, 2025**, or face dismissal of this case for failure to prosecute.

SIGNED this 13th day of June, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE