**FILED**
July 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MATTHEW ANDREW GARCES,** | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL NO. SA-25-CV-609-OLG |
| **FRED BIERY** *et al.*, | § | |
| **Defendants.** | § | |

# O R D E R

Pending before the Court are two duplicative motions (the "Motions") (Dkt. Nos. 32; 34) filed by Plaintiff, each of which request the recusal of U.S. Magistrate Judge Elizabeth S. Chestney. *See* Dkt. Nos. 32; 34. But Judge Chestney issued a Report and Recommendation and, thereafter, returned this case to the undersigned. *See* Dkt. Nos. 27; 29. Thus, Plaintiff's requests are moot. Even if the Motions were ripe for decision, Plaintiff fails to assert any meritorious basis for recusal. All of Plaintiff's complaints have been well-ventilated and soundly rejected by Judge Chestney and the Fifth Circuit. *See* Dkt. Nos. 24; 36. Finding no basis for recusal, the Motions (Dkt. Nos. 32; 34) are hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 25th day of July, 2025.

_____
ORLANDO L. GARCIA
United States District Judge