**FILED**
OCT -6 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Diana Garcia**

| | |
|---|---|
| From: | cmecf_caseprocessing@ca5.uscourts.gov |
| Sent: | Monday, October 6, 2025 8:55 AM |
| To: | TXWDdb_Appeals_SA |
| Subject: | 25-50648 Garces v. Biery "Briefing Notice" (5:25-CV-609) - OLG |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

PLEASE DO NOT REPLY TO THIS EMAIL AS IT ORIGINATES FROM AN UNATTENDED EMAIL ADDRESS.

United States Court of Appeals for the Fifth Circuit

Notice of Docket Activity

The following transaction was entered on 10/06/2025 at 8:54:34 AM Central Daylight Time and filed on 10/06/2025

Case Name:    Garces v. Biery
Case Number:  25-50648

Docket Text:
BRIEFING SUSPENDED - letter filed; Honorable Fred Biery does not intend to file a response to the appeal. E/Res's Brief deadline canceled [25-50648] (RSM)

Notice will be electronically mailed to:

Ms. Anna Elizabeth Arreola: anna.arreola@usdoj.gov, fabiola.pongratz@usdoj.gov, priscilla.roldan@usdoj.gov
Mr. Philip Devlin, Clerk of Court: SanAntonioTX_Appeals@txwd.uscourts.gov
Mr. Matthew Andrew Garces: DRUMMAJORMAC@GMAIL.COM, ddgrevenuerecovery@gmail.com